United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ETHAN ALLEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-02129 |
| § | |
| MARTIN O'MALLEY, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on August 8, 2025. Doc. #11. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant Commissioner's Motion for Summary Judgment (Doc. #9) is DENIED IN PART as to the ALJ's evaluation of Plaintiff's back pain and GRANTED IN PART as to the remaining arguments. Moreover, Plaintiff's Motion for Summary Judgment (Doc. #7) is GRANTED IN PART as to the ALJ's evaluation of Plaintiff's back pain and DENIED IN PART as to the remaining arguments. This matter is hereby REMANDED for further administrative proceedings consistent with Magistrate Judge Bennett's Memorandum and Recommendation.

It is so ORDERED.

AUG 2 5 2025
_____          _____
Date                             The Honorable Alfred H. Bennett
                                 United States District Judge